UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-240-TJC-PDB
    21 U.S.C. § 846

JACK ANNTSAI CHANG
KENNETH CHU
HANG SIN
YONQUAN YU
WAI LOK HUI
SHAOYUN YE
FAN LIU
KEY'ON GARMON

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Drug Trafficking Conspiracy)**

Beginning on an unknown date, but not later than in or about September 2023, and continuing through on or about November 12, 2025, in the Middle District of Florida, and elsewhere, the defendants,

JACK ANNTSAI CHANG,
KENNETH CHU,
HANG SIN,
YONQUAN YU,
WAI LOK HUI,
SHAOYUN YE,
FAN LIU, and
KEY'ON GARMON,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a

controlled substance, such violation involving 1,000 kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide or conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO
### (Possession With Intent to Distribute a Controlled Substance)

On or about May 22, 2024, in the Middle District of Florida, the defendant,

SHAOYUN YE,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved less than 100 kilograms of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D).

## COUNT THREE
### (Possession With Intent to Distribute a Controlled Substance)

On or about October 7, 2024, in the Middle District of Florida, the defendant,

JACK ANNTSAI CHANG,

did, aiding and abetting another, knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 100 kilograms or more of a mixture and substance

2

containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR
### (Possession With Intent to Distribute a Controlled Substance)

On or about March 10, 2025, in the Middle District of Florida, the defendant,

JACK ANNTSAI CHANG,

did, aiding and abetting another, knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved less than 100 kilograms of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the following:

   a. approximately $63,980 in U.S. currency, seized on May 6, 2024; and

   b. approximately $247,660 in U.S. currency, seized on or about May 20, 2025;

4. If any of the property described above, as a result of any acts or omissions of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

[signature redacted]

GREGORY W. KEHOE
United States Attorney

By: *Elisibeth Adams*
ELISIBETH ADAMS
Assistant United States Attorney

By: *Michael Coolican*
MICHAEL COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
11/10/25 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JACK ANNTSAI CHANG, et. al

INDICTMENT

Violations: 21 U.S.C. §§ 846 and 841(a)(1)

A true bill\

Filed in open court this __12__ day of November 2025.

_____
Clerk

Bail   $_____

GPO 863 525