United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

  *Plaintiff,*

v.                                                    N<small>O</small>. 3:25-cr-240-TJC-PDB

**JACK ANNTSAI CHANG ET AL.,**

  *Defendants.*

## Order of Recusal

I recuse myself from proceedings in this case because a lawyer with a close family member's law firm represents a party in a related case. The clerk must reassign this case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on November 13, 2025.

Patricia D. Barksdale
United States Magistrate Judge

Case 3:25-cr-00240-TJC-LLL   Document 33   Filed 11/13/25   Page 2 of 2 PageID 61