AO 442 (Rev. 11/10/25) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JACK ANNTSAI CHANG<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 3:25-cr- 240-TJC-PPB

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*    JACK ANNTSAI CHANG

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Drug trafficking conspiracy, in violation of 21 U.S.C. §§ 846 and 841.
Possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841.
Possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841.

Date: 11/13/2025

City and state: Jacksonville, Florida

*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/13/2025 , and the person was arrested on *(date)* 12/8/2025<br>at *(city and state)* Jacksonville, FL .<br><br>Date: 12/9/2025 |

*Arresting officer's signature*

Jay L. Tsung  Special Agent
*Printed name and title*